1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169
7 |

8 | Attorneys for Defendant

9 |

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | GURDIP SINGH,                                )
                                                                        )   No. C 06-6604 PJH
14 |                                                                 )
                                    Plaintiff,        )
15 |                                                                 )   **STIPULATION TO DISMISS AND
                                   v.                      )   [PROPOSED] ORDER**
16 |                                                                 )
        EMILIO GONZALEZ, Director, United States    )
17 |   Citizenship and Immigration Services,   )
                                                                        )
18 |                                   Defendant.    )
                                                                        )
19 | _____)

20 |
        Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of
21 |
record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the
22 |
Defendant has issued the requested travel documents to Plaintiff's wife.
23 |
        Each of the parties shall bear their own costs and fees.
24 |

25 | ///

26 | ///

27 |

28 | Stip. to Dismiss
C06-6604 PJH                                       1

1  Dated: December 5, 2006                          Respectfully submitted,

2                                                   KEVIN V. RYAN
                                                    United States Attorney
3

4                                                   _____/s/_____

5                                                   EDWARD A. OLSEN
                                                    Assistant United States Attorney
6                                                   Attorneys for Defendant

7  Date: December 5, 2006                           _____/s/_____

8                                                   JONATHAN M. KAUFMAN
                                                    Attorney for Plaintiff
9

10                                    **ORDER**

11         Pursuant to stipulation, IT IS SO ORDERED.

12

13

14  DATED:  12/6/06

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   Stip. to Dismiss
   C06-6604 PJH                        2